**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DOUGLAS ALLEN ASHCROFT, | No. 09-35305 |
| Plaintiff - Appellant, | D.C. No. 6:07-cv-01579-HO |
| v. | |
| STATE OF OREGON; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Oregon
Michael R. Hogan, District Judge, Presiding

Submitted September 22, 2010[**]

Before:      WALLACE, HAWKINS, and THOMAS, Circuit Judges.

The district court properly dismissed Douglas Allen Ashcroft's claims as

time-barred. *See* Or. Rev. Stat. §§ 12.110(1), 30.275(9) (two-year statute of

limitations for personal injury claims); *Jones v. Blanas*, 393 F.3d 918, 927 (9th Cir.

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

2004) ("For actions under 42 U.S.C. § 1983, courts apply the forum state's statute of limitations for personal injury actions[.]"); *see also Wallace v. Kato*, 549 U.S. 384, 388 (2007) (statute begins to run when the plaintiff has a complete and present cause of action).

**AFFIRMED.**